# Third District Court of Appeal

## State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-914
Lower Tribunal No. 12-4235

_____

**Brian J. Giller, etc., et al.,**
Appellants,

vs.

**Ira D. Giller, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Rosa C. Figarola, Judge.

Law Offices of Andrew B. Peretz, P.A., and Andrew B. Peretz (Fort Lauderdale), for appellants.

Harper Meyer Perez Hagen Albert Dribin & DeLuca LLP, and Roselvin S. Edelman and Michael A. Dribin; and Berger Singerman LLP, and James D. Gassenheimer and Christina M. Perry, for appellees.

Before SCALES, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed. Paresky v. Miami-Dade Cnty. Bd. of Cnty. Comm'rs, 893 So. 2d 664, 665-66 (Fla. 3d DCA 2005) (stating that "collateral estoppel applies when the identical issue has been litigated between the same parties and the particular matter was fully litigated and determined in a contest that results in a final decision of a court of competent jurisdiction") (citing Gentile v. Bauder, 718 So. 2d 781, 783 (Fla.1998); Dep't of Health & Rehab. Servs. v. B.J.M., 656 So. 2d 906, 910 (Fla.1995)); see also Mobil Oil Corp. v. Shevin, 354 So. 2d 372, 375 (Fla. 1977).